IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BILLIE JOE CHAPMAN, | ) | |
|---|---|---|
| Petitioner, | ) | 8:17CV399 |
| v. | ) | |
| MARK FOXHALL, CEO, Warden, JUDGE RETELSDORF, State Court Judge, ATTY. BRENDA LEUCK, Public Defender, and ATTY. SEAN LYNCH, Douglas County Atty., | ) | **ORDER** |
| Respondents. | ) | |

IT IS ORDERED that Petitioner's Motion for Reconsideration (Filing No. 6) is denied.

DATED this 20th day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge