IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLIE JOE CHAPMAN, | ) | |
| | ) | |
| Petitioner, | ) | 8:17CV399 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK FOXHALL, CEO, Warden, | ) | ORDER |
| JUDGE RETELSDORF, State Court | ) | |
| Judge, ATTY. BRENDA LEUCK, | ) | |
| Public Defender, and ATTY. SEAN | ) | |
| LYNCH, Douglas County Atty., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

IT IS ORDERED that the Petitioner's Motion for Reconsideration (filing no. 8) is denied.

DATED this 6th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge