IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLIE JOE CHAPMAN, | ) | |
| | ) | |
| Petitioner, | ) | 8:17CV399 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK FOXHALL, CEO, Warden, | ) | ORDER |
| JUDGE RETELSDORF, State Court Judge, ATTY. BRENDA LEUCK, Public Defender, and ATTY. SEAN LYNCH, Douglas County Atty., | ) | |
| | ) | |
| Respondents. | ) | |

After review,

IT IS ORDERED that Petitioner's motions (filing nos. 10 and 11) are denied. Petitioner is reminded that his Petition has been dismissed without prejudice and no appeal has been taken. Therefore, Petitioner should file no further pleadings in this case.

DATED this 12th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge